

# NUMBER 13-25-00471-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VIRA LUONG, TOM AND
MALIDA BACCAM, AND
TVBL LYRA, LLC,                                                        Appellants,

**v.**

ANN M. ROYSTON AND
THE ANGLETON FAMILY PARTNERSHIP,                    Appellees.

## ON APPEAL FROM THE 130TH DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on appellants' unopposed amended motion to dismiss appeal. The appellants no longer seek to appeal the trial court's judgment and have moved to dismiss the appeal.

The Court, having considered appellants' unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
6th day of November, 2025.